District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAIR VADIMOVICH MITUPOV,

                Plaintiff,

v.

PAMELA BONDI, *et al.*,[1]

                Defendants.

Case No. 2:25-cv-00260-JLR

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER

Noted for Consideration:
May 13, 2025

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 5, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on June 2, 2025. The parties are currently working towards a resolution to this litigation.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute U.S. Citizenship and Immigration Services Senior Official Performing the Duties of the Director Kika Scott for Jennifer B. Higgins.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00260-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for July 8, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 5, 2025. The parties will submit a status update on or before November 5, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00260-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  DATED this 13th day of May, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER                    KESSELMAN LAW FIRM
   Acting United States Attorney

4
   s/ Michelle R. Lambert                s/ James Vasquez
5  MICHELLE R. LAMBERT, NYS #4666657     JAMES VASQUEZ, WSBA#34514
   Assistant United States Attorney      Kesselman Law Firm
6  United States Attorney's Office       11232 120th Avenue NE, #205
   Western District of Washington        Kirkland, Washington 98033
7  1201 Pacific Avenue, Suite 700        Phone: 425-454-1920
   Tacoma, Washington 98402              Email: james@kesselmanlaw.net
8  Phone: (253) 428-3800                 *Attorneys for Plaintiff*
   Fax:   (253) 428-3826
9  Email: michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 384
   words, in compliance with the Local Civil
12 Rules.*

13

14

15

16

17

18

19

20

21

22

23

24

**[PROPOSED] ORDER**

The case is held in abeyance until November 5, 2025. The parties shall submit a status update on or before November 5, 2025. It is so **ORDERED**.

DATED this 13th day of May, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00260-JLR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800