District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAIR VADIMOVICH MITUPOV,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Defendants. | No. 2:25-cv-260-JLR<br><br>STIPULATED MOTION TO STAY AND [~~PROPOSED~~] ORDER<br><br>Noted for: October 24, 2025 |

Defendants respectfully request a stay of the proceedings in this case due to the lapse of appropriations to the Department of Justice (the Department). Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. This case is currently stayed through November 5, 2025, as the parties were working on resolving the litigation prior to the government shutdown. Good cause exists for staying the proceedings, and the interests of justice and judicial economy will be served by granting this motion. Defendants' counsel has conferred with Plaintiff's counsel who has agreed to stipulate to the requested relief of a stay followed by a joint status report once

STIPULATED MOTION FOR STAY - 1
No. 2:25-cv-260-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

appropriations are restored. The Department provides the following background for the Court's consideration.

At the end of the day on September 30, 2025, funding to the Department expired and its appropriations lapsed. The same is true for many Executive agency clients with whom Department attorneys must coordinate their litigation activities. The Department does not know when funding will be restored by Congress.

Absent an appropriation, certain Department attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The term "'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*. Therefore, the lapse in appropriations requires a reduction in the workforce of the United States Attorney's Office, particularly with respect to prosecution and defense of civil cases.

District courts have inherent power to stay proceedings in cases. *Oregon Mut. Ins. Co. v. Ham & Rye, LLC*, No. C10-579RJB, 2010 WL 2787852, at *3 (W.D. Wash. July 14, 2010). The "power to stay is 'incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Id*. (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). When determining whether to stay proceedings, a court should weigh the "competing interests which will be affected by the granting or refusal to grant a stay," including "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues,

STIPULATED MOTION FOR STAY - 2
No. 2:25-cv-260-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.*,
2  398 F.3d 1098, 1009 (9th Cir. 2005) (internal quotation omitted).

3      The above factors weigh in favor of granting a stay of proceedings in cases handled by the
4  United States Attorney's Office, including this case. Most Assistant United States Attorneys and
5  support staff in the Civil Division will be furloughed for the duration of the lapse in appropriations
6  and will be unable to perform critical case work. For example, attorneys will not be able to engage
7  in discovery, review case materials, prepare motions, engage in settlement discussions, or prepare
8  for trial.

9      Specific to this case, Defendants will not be able to meet the next deadline to submit a joint
10 status report, which is currently set for November 5, 2025. A stay of this litigation should not
11 prejudice Plaintiff. USCIS's operations, as relevant to this litigation, have not been impacted by the
12 lapse in appropriations. Furthermore, USCIS reports that it has adjudicated Plaintiff's application
13 at issue here. Thus, the parties will confer about dismissing this matter once the lapse of
14 appropriations has ended and Defendants' counsel may work on this case.

15     Accordingly, Defendants request the Court stay this case for the duration of the current lapse
16 of appropriations. As set forth in the proposed order, Defendants further request that the stay be
17 lifted automatically and immediately as soon as the lapse of appropriations has ended. Defendants
18 ask the Court to order the parties to confer and file a joint status report within ten court days after
19 the restoration of funding.

20     Based on the foregoing, Defendants respectfully request this case be stayed for the duration
21 of the current lapse in appropriations.

22 //

23 //

24

STIPULATED MOTION FOR STAY - 3
No. 2:25-cv-260-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Dated: October 24, 2025

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 740 words, in compliance with the Local Civil Rules.*

*s/ James Vasquez*
JAMES VASQUEZ, WSBA#34514
Kesselman Law Firm
11232 120th Avenue NE, #205
Kirkland, Washington 98033
Phone: 425-454-1920
Email:  james@kesselmanlaw.net
*Attorneys for Plaintiff*

STIPULATED MOTION FOR STAY    - 4
No. 2:25-cv-260-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Stipulated Motion, it is hereby ORDERED that the above captioned proceeding is stayed for the duration of the current lapse of appropriations. It is ORDERED that this stay be lifted automatically and immediately as soon as the lapse of appropriations has ended. It is further ORDERED that the parties are to confer and file a joint status report within ten court days after the restoration of funding.

DATED this 27th day of October, 2025.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR STAY - 5
No. 2:25-cv-260-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970