District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAIR VADIMOVICH MITUPOV,<br><br>                      Plaintiff,<br><br>     v.<br><br>PAMELA BONDI, *et al.*,<br><br>                      Defendants. | Case No. 2:25-cv-00260-JLR<br><br>STIPULATED MOTION TO DISMISS AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER<br><br>Noted for Consideration:<br>November 20, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00260-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  DATED this 20th day of November, 2025.

2  Respectfully submitted,

3  CHARLES NEIL FLOYD | KESSELMAN LAW FIRM
United States Attorney

*s/ Michelle R. Lambert* | *s/ James Vasquez*
MICHELLE R. LAMBERT, NYS #4666657 | JAMES VASQUEZ, WSBA#34514
Assistant United States Attorney | Kesselman Law Firm
United States Attorney's Office | 11232 120th Avenue NE, #205
Western District of Washington | Kirkland, Washington 98033
1201 Pacific Avenue, Suite 700 | Phone: 425-454-1920
Tacoma, Washington 98402 | Email: james@kesselmanlaw.net
Phone:  (253) 428-3824 | *Attorneys for Plaintiff*
Fax:     (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00260-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

The case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. It is so **ORDERED**.

DATED this 21st day of November, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00260-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800